B 23 (Official Form 23) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re Laurie A. Edmondson, 10-02376

Chapter 7

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, Laurie A. Edmondson, the debtor in the above-styled case, hereby certify that on 8/31/10 I completed an instructional course in personal financial management provided by Academy of Financial Literacy, an approved personal financial management provider.

11557 - HI - OE - 012188280

*[Signature]*

8/31/10

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 11557-HI-DE-012188280

Bankruptcy Case Number: 10-02376


11557-HI-DE-012188280

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 31, 2010</u>, at <u>10:59</u> o'clock <u>PM MDT</u>, <u>Laurie A. Edmondson</u> completed a course on personal financial management given <u>by internet</u> by <u>Academy of Financial Literacy</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Hawaii</u>.

Date: <u>August 31, 2010</u>     By: <u>/s/Phillip Eugene Day</u>

                                                             Name: <u>Phillip Eugene Day</u>

                                                             Title: <u>Owner</u>